445 A.2d 220

Commonwealth v. Arzonica, Appellant.

 Sub-
mitted December 5, 1980. John M. Herman, for appellant;
George C. Yatron, District Attorney, for Commonwealth,
appellee.

Before CERCONE, P. J., and HESTER and WIEAND, JJ.

Order affirmed.

445 A.2d 220

Commonwealth v. Beams, Appellant.

 Argued March 24, 1981.
Robert P. Hudock, for appellant; Gary E. Hartman, District
Attorney, submitted a brief on behalf of Commonwealth,
appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.